

**U. S. SMALL BUSINESS ADMINISTRATION**
RECEIVER FOR MILEPOST VENTURES, L.P.
409 THIRD STREET, S.W., 6TH FLOOR
WASHINGTON, D.C. 20416

WRITER'S DIRECT TELEPHONE: (202) 205-7514                FAX NUMBER: (202) 205-6957

June 10, 2005

0 5 -   1 2 1

Mr. Peter T. Dalleo, Clerk of the Court              VIA UPS 2ND DAY DELIVERY
U.S. District Court, District of Delaware
J. Caleb Boggs Federal Building Lockbox 18
844 North King Street                                F I L E
Wilmington, DE 19801-3570
                                                     JUN 1 4 2005

Re:   United States of America v. Milepost Ventures, L.P.
      Civil Action No. 3:05-cv-01195-EMC; Judge Edward M. Chen       U.S. DISTRICT COURT
                                                                     DISTRICT OF DEL.

Dear Mr. Peter T. Dalleo:

This is to advise you that, in accordance with 15 U.S.C. § 687c, the U.S. District Court for the Northern District of California, has taken exclusive jurisdiction of Milepost Ventures, L.P., ("Milepost"), and the assets thereof, and has appointed the U.S. Small Business Administration ("SBA"), an agency of the federal government, as the Receiver.

A portion of the property of Milepost may be located in your jurisdiction. We therefore are enclosing for filing copies of the Complaint and Order establishing the Receivership, as required by 28 U.S.C. § 754. Please open as a miscellaneous case filing.

The United States District Court, in an order appointing SBA Receiver for Milepost, stayed all legal proceedings involving Milepost and prohibited the filing of any actions against the Receiver unless permission of the Court is first obtained.

The Receiver is in the process of ascertaining what and where legal proceedings pertaining to Milepost are pending. Should the Receiver learn of relevant legal proceedings within the jurisdiction of your Court, the Receiver will promptly notify you thereof.

We also have enclosed extra copies of the Order and Complaint, which we request that you stamp filed and return in the enclosed self-addressed stamped envelope.

Sincerely,

By: *Angela J. Wingard-Brusch*
    *for* Michele L. Pittman
    Chief, Corporate Liquidation and Receivership Operations
    Office of Liquidation