1  KEVIN V. RYAN (SBN 118321)
2  United States Attorney
   JOANN M. SWANSON (SBN 88143)
3  Chief, Civil Division
   EDWIN L. JOE (SBN 112328)
4  Special Assistant United States Attorney

5      455 Market Street, 6th Floor
6      San Francisco, California  94105-2420
       Telephone:    (415) 744-8494
7      Facsimile:    (202) 481-1810 or (415) 744-6812
       Email:        edwin.joe@sba.gov
8

9  Attorneys for Federal Plaintiff

```
           F I L E D

           JUN 14 2005

        U.S. DISTRICT COURT
       DISTRICT OF DELAWARE
```

10                                                    0 5 -  1 2 1

11          **IN THE UNITED STATES DISTRICT COURT**

12        **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

13                **SAN FRANCISCO DIVISION**

14

15  **UNITED STATES OF AMERICA,**       )
            **Plaintiff,**              )
16                                      )
        **v.**                          )   **Civil Case No. C 05 – 1195 EMC**
17                                      )
    **MILEPOST VENTURES, L.P.**         )   **E-Filing**
18                                      )
            **Defendant.**              )
19                                      )
                                        )
20  _____)

21

22      **COMPLAINT FOR RECEIVERSHIP AND INJUNCTION**

23      COMES NOW Plaintiff, the United States of America, on behalf of its agency, the Small

24  Business Administration, and for its cause of action states as follows:

25

26

27  //

28
                              1

        **COMPLAINT FOR RECEIVERSHIP AND INJUNCTION**

## PARTIES, JURISDICTION AND VENUE

1.      This is a civil action brought by the United States on behalf of its agency, the Small Business Administration (hereinafter, "SBA," "Agency" or "Plaintiff"), whose central office is located at 409 Third Street, S.W., Washington, DC 20416.

2.      Jurisdiction is conferred on this Court by virtue of the Small Business Investment Act of 1958, as amended (hereinafter, the "Act"), Sections 308(d), 311, and 316; 15 U.S.C. §§687(d), 687c, 687h; the Small Business Act, 15 U.S.C. §634(b)(1); and 28 U.S.C. §1345.

3.      Defendant, Milepost Ventures, LP (hereinafter "Milepost" or "Licensee"), is a Delaware limited partnership formed on or about May 27, 1998 that maintains its principal place of business at One Embarcadero Center, Suite 3250, San Francisco, California 94104. Venue is therefore proper under 15 U.S.C. §§ 687(d), 687h and 28 U.S.C. §1391(b).

## Statutory and Regulatory Framework

4.      Milepost was licensed by SBA as a Small Business Investment Company ("SBIC") pursuant to Section 301(c) of the Act, 15 U.S.C. §681(c) on or about December 4, 1998 under SBA License No. 09/79-0417 solely to do business under the provisions of the Act and the regulations promulgated thereunder.

5.      Milepost's sole general partner is Milepost Ventures Management, Inc.

6.      Milepost's Limited Partnership Agreement contains an acknowledgement by Milepost that the SBIC would be operated in accordance with the Regulations and the Act at all times.

7.      Section 308(c) of the Act, 15 U.S.C. §687(c), empowers SBA to prescribe regulations to carry out the provisions of the Act and to govern the operations of SBICs. SBA

2

has duly promulgated such regulations, which are codified at Title 13 of the Code of Federal Regulations, Part 107 (the "Regulations").

8.    Section 303 of the Act, 15 U.S.C. §683, authorizes SBA to provide leverage to licensed SBICs.

9.    Pursuant to Section 303 of the Act, 15 U.S.C. §683, SBA provided funds to Milepost through the purchase and/or guaranty of the following Participating Securities, a form of Leverage, as those terms are defined under the Regulations, in the total principal amount of $16,265,000 as follows:

| Loan No. | Amount | Date Issued | Rate |
|---|---|---|---|
| 02025351-04 | 1,000,000 | 7/22/99 | 7.540 |
| 02025352-02 | 1,250,000 | 11/03/99 | 8.017 |
| 02025353-00 | 1,000,000 | 02/02/99 | 8.017 |
| 02025354-09 | 250,000 | 12/02/99 | 8.017 |
| 02025355-07 | 1,000,000 | 12/29/99 | 8.017 |
| 02025356-05 | 1,000,000 | 1/19/00 | 8.017 |
| 02025357-03 | 1,000,000 | 1/27/00 | 8.017 |
| 02025358-01 | 200,000 | 2/03/00 | 8.017 |
| 02025359-10 | 225,000 | 04/04/00 | 7.449 |
| 02025360-02 | 750,000 | 7/17/00 | 7.449 |
| 02025361-00 | 325,000 | 7/25/00 | 7.449 |
| 02027751-06 | 575,000 | 7/25/00 | 7.449 |
| 02027752-04 | 175,000 | 8/07/00 | 7.449 |
| 02027753-02 | 175,000 | 8/07/00 | 7.449 |
| 02027754-00 | 650,000 | 8/14/00 | 7.449 |
| 02027755-09 | 250,000 | 8/14/00 | 7.449 |
| 02027756-07 | 150,000 | 9/15/00 | 6.640 |
| 02027757-05 | 220,000 | 9/15/00 | 6.640 |
| 02027758-03 | 625,000 | 9/21/00 | 6.640 |
| 02027759-01 | 1,500,000 | 9/21/00 | 6.640 |
| 02027760-04 | 225,000 | 12/15/00 | 6.640 |
| 02027761-02 | 1,000,000 | 12/15/00 | 6.640 |
| 02027762-00 | 50,000 | 3/2/01 | 6.344 |
| 02027763-09 | 50,000 | 3/9/01 | 6.344 |
| 02027764-07 | 50,000 | 3/20/01 | 6.344 |
| 02027765-05 | 750,000 | 3/30/01 | 6.344 |
| 02027766-03 | 200,000 | 4/10/01 | 6.344 |

**COMPLAINT FOR RECEIVERSHIP AND INJUNCTION**

| 02027767-01 | 50,000 | 8/29/01 | 6.030 |
| 02027768-10 | 700,000 | 11/20/02 | 4.524 |
| 02027769-08 | 870,000 | 4/17/03 | 1.820 |

Currently, the entire amount of the Participating Securities balance of $16,265,000 remains outstanding.

10.     The Participating Securities described in paragraph 9, above, are subject to and incorporated by reference in the Regulations, including but not limited to the provision of 13 C.F.R. §§107.1820-1850 and §107.507.

11.     Section 308(d) of the Act, 15 U.S.C. §687(d), provides that upon determination and adjudication of noncompliance or violation of the Act or the Regulations, all of the rights, privileges and franchises of a Licensee such as Milepost may be forfeited and the company may be declared dissolved.

12.     Section 311 of the Act, 15 U.S.C. §687c, provides that if a determination by SBA that a Licensee such as Milepost, or any other person, has engaged in or is about to engage in any acts or practices which constitute or will constitute a violation of the Act or of any Rule or Regulation promulgated pursuant to the Act, or of any order issued under the Act, then SBA may make application for an injunction, and such Court shall have jurisdiction of such action and grant a permanent or temporary injunction, or other relief without bond, upon a showing that such Licensee has engaged in or is about to engage in any such acts or practices. The Court is authorized to appoint SBA to act as receiver for such Licensee.

## COUNT ONE

## CAPITAL IMPAIRMENT

13.     Paragraphs 1 through 12 are incorporated herein by reference.

4

COMPLAINT FOR RECEIVERSHIP AND INJUNCTION

14.     Section §107.1830(c) of the Regulations requires that Milepost not have a condition of Capital Impairment of greater than 85%, as that term is defined under the Regulations.

15.     Based on the SBA Form 468 submitted by Milepost for the period ending December 31, 2002, SBA determined that Milepost had a condition of Capital Impairment percentage, as that term is defined under the Regulations, of 182%.

16.     By letter dated April 8, 2003, SBA notified Milepost that SBA was placing Milepost into Restrictive Operations, pursuant to 13 C.F.R. § 107.1820(e)(3), and was imposing Restrictive Operation Remedies pursuant to 13 C.F.R. § 107.1820(f) and gave Milepost 15 (fifteen) days to cure their condition of capital impairment.

17.     Milepost failed to cure its condition of capital impairment. Therefore as a further consequence of its condition of capital impairment, Milepost was transferred to liquidation status by SBA on April 25, 2003.

18.     To date, Milepost has failed to cure its condition of Capital Impairment. The entire principal balance of Participating Securities purchased by SBA of $16,265,000 remains outstanding.

19.     Milepost's failure to cure its condition of Capital Impairment is a violation of §107.1830(b) of the Regulations.

20.     Milepost's non-compliance with its terms of Leverage under 13 C.F.R. §107.1830(b) is also a violation of Section 13 C.F.R. §107.507(a) of the Regulations for nonperformance of the terms of its Participating Securities and nonperformance of its Application for SBIC License, which is a written agreement with SBA.

**COMPLAINT FOR RECEIVERSHIP AND INJUNCTION**

21.     SBA has determined that Milepost is not in compliance with its terms of Leverage due to its uncured condition of Capital Impairment and is in violation of the Regulations, 13 C.F.R. §§107.1830(b) and 507(a).

22      As a consequence of Milepost's violation of 13 C.F.R. §§107.1830(b) and 507(a) of the Regulations, SBA is entitled to the injunctive relief provided under the Act, 15 U.S.C. §687(d) and 687c, including the appointment of SBA as Receiver of Milepost.

## PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff prays as follows:

A.      That injunctive relief, both preliminary and permanent in nature, be granted restraining Milepost, its managers, general partners, directors, officers, agents, employees, and other persons acting in concert or participation therewith from: (1) making any disbursements of Milepost's funds; (2) using, investing, conveying, disposing, executing or encumbering in any fashion any funds or assets of Milepost, wherever located; and (3) further violating the Act or the Regulations promulgated thereunder.

B.      That this Court determine and adjudicate Milepost's noncompliance with and violation of the Act and the Regulations promulgated thereunder.

C.      That this Court, pursuant to 15 U.S.C. §687c, take exclusive jurisdiction of Milepost and all of its assets, wherever located, appoint SBA as receiver of Milepost for the purpose of marshaling and liquidating the assets of Milepost and satisfying the claims of creditors as determined by the Court, and such other relief as contained in the Order filed simultaneously herewith.

//

6

COMPLAINT FOR RECEIVERSHIP AND INJUNCTION

1    D.    That this Court grant such other relief as may be deemed just and equitable.

Respectfully submitted,

KEVIN V. RYAN
UNITED STATES ATTORNEY

Dated:  March 23, 2005    By:    /s/ Edwin L. Joe_____
EDWIN L. JOE
Special Assistant United States Attorney

Of Counsel:

ARLENE M. EMBREY, ESQ.
Trial Attorney

U.S. Small Business Administration
409 Third Street, Seventh Floor
Washington, D.C. 20416
Telephone:  (202) 205-6976
Facsimile:  (202) 481-0324
Email:    arlene.embrey@sba.gov

7