ADRMOP, E-Filing

## U.S. District Court
## California Northern District (San Francisco)
### CIVIL DOCKET FOR CASE #: 3:05-cv-01195-EMC

05 - 121

United States of America v. Milepost Ventures, LP
Assigned to: Hon. Edward M. Chen
Demand: $0
Cause: 15:631 Small Business Act

Date Filed: 03/23/2005
Jury Demand: None
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: U.S. Government Plaintiff

**Plaintiff**

**United States of America**        represented by **Edwin L. Joe**
U.S. Small Business Administration
455 Market Street, 6th Floor
San Francisco, CA 94105
415-744-8494
Email: Edwin.Joe@SBA.GOV
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

FILED
JUN 14 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

V.

**Defendant**

**Milepost Ventures, LP**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/23/2005 | 1 | COMPLAINT For Receivership & Injunction - [Summons Issued] against Milepost Ventures, LP, [Filing Fee: Waived/Government Entered on 3/23/05]. Filed by PlaintiffUnited States of America. (tn, COURT STAFF) (Filed on 3/23/2005) Additional attachment(s) added on 4/6/2005 (tn, COURT STAFF). (Entered: 03/24/2005) |
| 03/23/2005 | | SUMMONS Issued as to The Corporation Trust Company, Registered Agent for Defendant Milepost Ventures, LP. (tn, COURT STAFF) (Entered: 03/24/2005) |
| 03/23/2005 | | SUMMONS Issued as to Milepost Ventures Management, Inc. General Partner of Defendant Milepost Ventures, LP. (tn, COURT STAFF) (Entered: 03/24/2005) |
| 03/23/2005 | 2 | ADR SCHEDULING ORDER: Case Management Statement due 8/24/2005 & Initial Case Management Conference set for 8/31/2005 01:30 PM. (Attachments: # 1 Standing Order).(tn, COURT STAFF) (Filed on 3/23/2005) (Entered: 03/24/2005) |
| 03/23/2005 | | CASE DESIGNATED for Electronic Filing. (tn, COURT STAFF) |

| | | |
|---|---|---|
| | | (Entered: 03/24/2005) |
| 05/10/2005 | 3 | CLERK'S NOTICE re consent or decline to proceed before magistrate judge; counsel to respond by 5/24/05. (bpf, COURT STAFF) (Filed on 5/10/2005) (Entered: 05/10/2005) |
| 05/23/2005 | 4 | CONSENT to Proceed Before a US Magistrate Judge by United States of America.. (Joe, Edwin) (Filed on 5/23/2005) (Entered: 05/23/2005) |
| 05/23/2005 | 5 | CONSENT to Proceed Before a US Magistrate Judge by United States of America.. (Attachments: # 1 Signature Page (Declarations/Stipulations) Defendant's Consent and Signature)(Joe, Edwin) (Filed on 5/23/2005) (Entered: 05/23/2005) |
| 05/23/2005 | 6 | SUMMONS Returned Executed by United States of America. Milepost Ventures, LP served on 4/1/2005, answer due 4/21/2005. *By Mailed Extended to May 2, 2005* (Attachments: # 1 Signature Page (Declarations/Stipulations) Signature on Proof of Service on Registered Agent)(Joe, Edwin) (Filed on 5/23/2005) (Entered: 05/23/2005) |
| 05/23/2005 | 7 | SUMMONS Returned Executed by United States of America. Milepost Ventures, LP served on 4/14/2005, answer due 5/4/2005. *General Partner Served* (Attachments: # 1 Signature Page (Declarations/Stipulations) Signature for Service on General Partner)(Joe, Edwin) (Filed on 5/23/2005) (Entered: 05/23/2005) |
| 05/23/2005 | 8 | STIPULATION *for Consent Order of Receivership* by United States of America. (Attachments: # 1 Signature Page (Declarations/Stipulations) Original with Parties Signatures/Not on pleading paper)(Joe, Edwin) (Filed on 5/23/2005) (Entered: 05/23/2005) |
| 05/23/2005 | 9 | AFFIDAVIT of Service for e-filing Notification and Submission of Stipulation on Consent Order served on Milepost Ventures, L.P on 05/23/2005, filed by United States of America. (Joe, Edwin) (Filed on 5/23/2005) (Entered: 05/23/2005) |
| 05/25/2005 | 10 | CERTIFICATE OF SERVICE by United States of America re 8 Stipulation, 9 Affidavit of Service *on Proposed Consent Order* (Attachments: # 1 Signature Page (Declarations/Stipulations))(Joe, Edwin) (Filed on 5/25/2005) (Entered: 05/25/2005) |
| 06/03/2005 | 11 | ORDER APPROVING STIPULATION FOR RECEIVERSHIP ORDER. Signed by Judge Edward M. Chen on 6/3/05. (bpf, COURT STAFF) (Filed on 6/3/2005) (Entered: 06/03/2005) |